IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATER ACRES RV STORAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:16-cv-00195-J |
| | § | |
| CERTAIN UNDERWRITERS AT | § | |
| LLOYD'S, LONDON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On April 13, 2017, this Court ordered Plaintiff to show cause why it has not moved for default judgment, or, in the alternative, to move for default judgment against the named Defendant in this case. Plaintiff was given twenty-one (21) days to comply. As of the date of this Order, Plaintiff has not complied. Therefore, Plaintiff's cause of action against Defendant is DISMISSED.

IT IS SO ORDERED.

Signed this __26th__ day of May, 2017.

                                                             _s/ Mary Lou Robinson_
                                                             MARY LOU ROBINSON
                                                             SENIOR UNITED STATES DISTRICT JUDGE